OPINION — AG — ** REVALUATION — TAX ASSESSMENT — AD VALOREM ** (1) COUNTY ASSESSORS ARE WITHOUT AUTHORITY TO ALTER OR AMEND THE 1984 ASSESSMENT ROLLS PREPARED PURSUANT TO 68 O.S. 2471 [68-2471], TO REFLECT THE PROVISIONS OF 68 O.S. 2427.2 [68-2427.2] DURING THE 1984 TAXABLE YEAR. (2) IN REVALUATION PROGRAMS MADE PURSUANT TO 68 O.S. 2481.1 [68-2481.1] ET SEQ., AS AMENDED, COUNTY ASSESSORS ARE 'NOT' REQUIRED TO ANNUALLY REVALUE A PORTION OF THE REAL PROPERTY WITHIN THEIR COUNTIES WHICH FALLS WITHIN EACH USE CLASSIFICATION, SO LONG AS ALL SUCH PROPERTY IS SYSTEMATICALLY AND CONTINUOUSLY REVALUED NO LESS OFTEN THAN EVERY FIVE YEARS. (USE CLASSIFICATION, COUNTY ASSESSOR, ASSESSMENT ROLL, TAX ROLL, REAL ESTATE PROPERTY, COUNTY BOARD OF EQUALIZATION, ABSTRACT, "USE VALUE") CITE: ARTICLE X, SECTION 8, 68 O.S. 2427 [68-2427], 68 O.S. 2462 [68-2462], 68 O.S. 2463 [68-2463], 68 O.S. 2471 [68-2471], 68 O.S. 2472 [68-2472] 68 O.S. 2474 [68-2474], 68 O.S. 2479 [68-2479] 68 O.S. 2494 [68-2494], 68 O.S. 2459 [68-2459] 68 O.S. 2427.2 [68-2427.2](A) , 68 O.S. 2427.2 [68-2427.2] [68-2427.2](B), 68 O.S. 2481.1 [68-2481.1] (SUSAN BRIMER AGOSTA)